**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ATLANTIC RECORDING CORPORATION,
WARNER BROS. RECORDS, INC.,
UMG RECORDINGS, INC., BMG MUSIC, and
SONY BMG MUSIC ENTERTAINMENT,

    Plaintiffs,

v.                              CASE NO: 8:08-cv-147-T-26EAJ

EVA BOYER,

    Defendant.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Plaintiffs' Motion to Compel and Motion to Deem Requests for Admissions Admitted (Dkt. 17) are denied because (1) Plaintiffs have failed to provide the exhibits referred to in the motions and (2) it does not appear that Plaintiffs' counsel complied with the requirements of Local Rule 3.01(g) which this Court interprets as requiring counsel to confer *personally* prior to filing a motion. Accordingly, counsel for the parties shall confer *personally* within five (5) business days in a good faith effort to resolve the issues raised by the motions. In the event Plaintiffs are required to refile the motions, counsel are notified that the Court will direct an expedite response and schedule an expedited hearing and will impose sanctions on any attorney or party determined not to have acted in good faith.

    **DONE AND ORDERED** at Tampa, Florida, on November 12, 2008.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA
                                      UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record