UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Case No.: 8:08-CV-00147-RAL-EAJ |

        Plaintiffs,

v.

EVA BOYER,

        Defendant.

## PLAINTIFFS' NOTICE OF SETTLEMENT

Plaintiffs ATLANTIC RECORDING CORP., *et al.* ("Plaintiffs"), by and through their undersigned counsel, respectfully notify the Court that the parties have settled their dispute in principle. Therefore, Plaintiffs request the Court stay the case for **30** days to allow the parties to finalize their settlement agreement and submit the appropriate paperwork to the Court.

This notice is filed with the consent of the Defendant.

Respectfully submitted,

Dated: 12/01/08        By:    s/Chaila D. Restall
                              CHAILA D. RESTALL
                              Florida Bar No.: 0581771
                              chaila.restall@akerman.com
                              **AKERMAN SENTERFITT**
                              SunTrust Financial Centre
                              401 East Jackson Street, Suite 1700
                              Tampa, Florida 33602
                              Phone:    (813) 209-5027
                              Facsimile: (813) 223-2837

                              ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **PLAINTIFFS' NOTICE OF SETTLEMENT** has been served using the CM/ECF system, which will send notification of such filing to the following on this 1st day of December, 2008:

> Michael Alex Wasylik, Esq.
> Ricardo & Wasylik, PL
> P.O. Box 2245
> Dade City, FL 33526

                              s/Chaila D. Restall
                              CHAILA D. RESTALL